UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20852-CIV-HUCK/WHITE

EARL TRAVIS CAMPBELL,

    Petitioner,

vs.

WALTER A. McNEIL, Secretary,
Florida Department of Corrections,

    Respondent.
_____/



CLOSED CIVIL CASE

## ORDER

    This matter is before the Court on a Report and Recommendation [D.E. #26] by the Honorable Patrick A. White, United States Magistrate Judge, filed October 29, 2010, recommending that Petitioner's *pro se* petition for writ of habeas corpus be denied. On November 22, 2010, Petitioner filed objections to the Report and Recommendation [D.E. #29]. The Court reviewed *de novo* the Report and Recommendation, Petitioner's objections, the pertinent portions of the record, and is otherwise duly advised.

    Accordingly, the Court overrules Petitioner's objections and adopts the findings of fact and conclusions of law set forth in great detail in Judge White's report. For the reasons stated in the report, the Court finds that Petitioner's claims are time-barred and he is not entitled to equitable tolling of AEDPA's one-year statute of limitations. Therefore, the petition is denied, the case is dismissed, and the Clerk is directed to close this case.

    DONE AND ORDERED in Chambers, Miami, Florida, on November 30, 2010.

                                            Paul C. Huck
                                            Senior United States District Judge

**Copies furnished to:**
Magistrate Judge Patrick White
Counsel of Record

Earl Travis Campbell
DC #M30674
Northwest Flordia Reception Center
4455 Sam Mitchell Drive
Chipley, FL 32428-3501
PRO SE